Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

DAVID C. LETTIERI

    v.

KEETE GROUP

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 24-CV-525

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  that the case is Dismissed without prejudice.

Date: August 21, 2024

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/Suzanne
    Deputy Clerk